APPLICATION OF YANKEE HOME BUILDERS, INC., ET AL.
FOR DISCHARGE OF MECHANICS LIENS *v.*
EDWARD WILLAMETZ

The plaintiffs' motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Thomas F. Parker,* for the appellees (plaintiffs).

*James T. Brennan,* for the appellant (defendant).

Argued October 4—decided October 4, 1977

APPLICATION OF YANKEE HOME BUILDERS, INC., ET AL.
FOR DISCHARGE OF MECHANICS LIENS *v.*
RAYMOND CLARK, JR.

The plaintiffs' motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Thomas F. Parker,* for the appellees (plaintiffs).

*James T. Brennan,* for the appellant (defendant).

Argued October 4—decided October 4, 1977

STEPHEN J. PAPA ET AL. *v.* NEW HAVEN FEDERATION
OF TEACHERS, LOCAL 933, ET AL.

The defendants' motion for an order directing the trial court to make a supplemental finding in the appeal from the Superior Court in New Haven County is denied.

*Karl Fleischmann,* in support of the motion.

Submitted September 9—decided October 13, 1977